IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| DANIEL L. HIGGINS,<br>　　　　Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE   NO.   3:15-cv-00570-RL-MGG |
| | ) | |
| PRISONER & COMMUNITY TOGETHER, INC.,<br>d/b/a PACT, INC., d/b/a LAPORTE PACT<br>BRADLEY CENTER,<br>　　　　Defendant. | )<br>)<br>)<br>) | |

## JOINT STIPULATION OF DISMISSAL

Comes now counsel for Plaintiff, Daniel L. Higgins, and counsel for Defendant, Prisoner & Community Together, Inc., d/b/a PACT, Inc., d/b/a LaPorte PACT Bradley Center, and respectfully stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1). In support, the parties state as follows:

1.	As noted by the Mediator's Final Report to Court [DE # 23], the parties have reached a final settlement in this matter.

2.	The parties now stipulate that this cause of action should be dismissed in its entirety, with prejudice, costs paid.

**WHEREFORE**, the parties respectfully stipulate to the dismissal of this action, with prejudice, costs paid, pursuant to Fed. R. Civ. Proc. 41(a)(1).

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**HOEPPNER WAGNER & EVANS LLP**

/s/Richard J. LaSalvia　　　　　　　By: /s/Larry G. Evans　　　　　　
Richard J. LaSalvia (9814-71)　　　　　Larry G. Evans, #8180-64
Attorney for Plaintiff　　　　　　　　　Attorney for defendant